EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 642-1900
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILSON J. CAMPBELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SEDGWICK, DETERT, MORAN & ARNOLD, MICHAEL TANENBAUM, JAMES KEALE, THOMAS ROBERTSON, MICHAEL MCGEEHON and JOHN DOE EMPLOYEES I-X (fictitious names provided, actual names presently unknown),<br>                Defendants. | CIVIL ACTION NO.: 2:11- cv-00642 (ES)(SCM)<br><br>**CONSENT ORDER OF DISMISSAL OF AMENDED COMPLAINT AND COUNTERCLAIMS, WITH PREJUDICE** |

**THIS MATTER** having been opened to the Court by the attorneys for Defendants, Sedgwick LLP, f/k/a Sedgwick, Detert, Moran & Arnold LLP, Michael Tanenbaum, James Keale, Thomas Robertson and Michael McGeehon (collectively the "Defendants,"), and Wilson J. Campbell, Esq. (*pro se*), the Court being fully advised, and the parties having conferred and agreed to the entry of the within Consent Order, and for good cause shown;

IT IS on this 2nd day of JULY, 2013;

**ORDERED** that the Amended Complaint in the above action be and hereby is dismissed with prejudice, without right of appeal and without costs and fees; and it is further

ORDERED that the Counterclaims in the above action be and hereby are dismissed with prejudice, without right of appeal and without costs and fees; and it is further

~~ORDERED that a copy of this Order be served upon plaintiff's counsel within ___ days of the receipt hereof.~~

SO ORDERED:

_____
HON. ESTHER SALAS, U.S.D.J.

THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:

WILSON J. CAMPBELL, ESQ.  
Attorneys for Plaintiff

By: _____
WILSON J. CAMPBELL (pro se)

Dated: 27 June '13

DLA PIPER  
Attorneys for Defendants

By: _____
JOSEPH D. GUARINO

Dated: 6/28/13